**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL MORGAN,<br>Plaintiff,<br>v.<br>OWN A CAR OF FRESNO, et al.,<br>Defendant. | Case No. 1:26-cv-03956 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 8) |

Carl Morgan initiated this action by filing a complaint against American Heritage Credit Union, Own A Car of Fresno. (Doc. 1.) The magistrate judge screened the complaint pursuant 28 U.S.C. § 1915, and found Plaintiff stated cognizable claims against Own a Car of Fresno, but several of his claims failed. (Doc. 6.) The magistrate judge directed Plaintiff to file a response to the Screening Order within 30 days, by filing a notice to proceed on the cognizable claims, a first amended complaint, or notice that he wished to stand on his complaint. (*Id.* at 7.) After Plaintiff did not respond to the Screening Order, the magistrate judge granted Plaintiff an extension of time and notified him that failure to respond to the order may result in dismissal of the action. (Doc. 7.) Again, Plaintiff did not respond to the Court.

The magistrate judge found Plaintiff failed to prosecute this action and failed to comply with the Court's order. (Doc. 8 at 4.) The magistrate judge found terminating sanctions were appropriate after considering the factors identified by the Ninth Circuit in *Pagtalunan v. Galaza,*

291 F.3d 639, 642 (9th Cir. 2002). (*Id.* at 4-6.) Therefore, the magistrate judge recommended that the Court dismiss this action without prejudice. (*Id.* at 6.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 8 at 6.) The Court advised Plaintiff that the failure to file any objections within the specified time may result in the waiver of certain rights on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated September 17, 2026 (Doc. 8) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice, for Plaintiff's failure to comply with the Court's order and failure to prosecute.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 2, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE